UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REGINALD SANDERS,

                                        Plaintiff,

            -v-

UNITED STATES,

                                        Defendant.

23 Civ. 1547 (PAE)
18 Cr. 390-2 (PAE)
<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      On April 7, 2023, the Court denied defendant Reginald Sanders's petition for a writ of habeas corpus under 28 U.S.C. § 2255, on the ground that, to pursue a claim of ineffective assistance of counsel, Sanders was required to waive attorney-client privilege, but had declined to do so. Dkt. 592. The denial was without prejudice to Sanders's right to renew the privilege upon such a waiver. *Id.* at 2.

      Sanders has now submitted a motion to reinstate his petition, an accompanying affidavit stating that he waives attorney-client privilege relevant to his conviction under 18 U.S.C. § 924(c), and an accompanying motion for leave to amend his petition to add a new claim. Dkt. 604. The Court directs the Government to respond, including (1) stating whether it opposes Sanders's motions to reinstate and to amend, and, if so, on what basis; and (2) proposing next steps in the event Sanders's petition is reinstated. The Government's response is due Friday, March 15, 2024.

      The Court directs the Clerk of Court to mail a copy of this order to Sanders by United States mail using the following address information: Reginald Sanders (Reg. No. 85756-054), FCI Fort Dix, P.O. Box 2000, Joint Base MDL, NJ 08640.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: March 1, 2024
   New York, New York